| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | DOCKET NUMBER (Transfer Court) 7:13-MJ-1145M-1RJ |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| Ariel Rose Alexander Buffalo, NY | EASTERN NORTH CAROLINA | Southern |
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 8/7/2013 — TO 8/6/2014 |

OFFENSE : Trespassing, 18 U.S.C. § 1382

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILED SEP 20 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Western District of New York upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

8/19/2013
Date

_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

9/13/13
Effective date

ATTEST A TRUE COPY
U.S. DISTRICT COURT, WDNY
MICHAEL J. ROEMER, CLERK
By _____ Deputy Clerk

JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE

Case 7:13-mj-01145-RJ   Document 6   Filed 09/20/13   Page 1 of 1